187 So.2d 449

**Carl B. CARTER and Juanita West, wife of Carl B. Carter,**

v.

**Josie LANZETTA and Camello Lanzetta.**

No. 48231.

June 22, 1966.

In re: Carl B. Carter and Juanita West, wife of Carl B. Carter, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 185 So.2d 331.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

187 So.2d 449

**Lee COLLIER, on behalf of minor, Monroe Collier,**

v.

**SOUTHERN CASUALTY INSURANCE COMPANY et al.**

No. 48279.

June 22, 1966.

In re: Malcolm L. Foster applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 186 So.2d 161.

Not considered. The application was not timely filed. See Art. 7, Sect. 11, Louisiana Constitution.